UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

    Plaintiff,

    v.

D. VAN OGLE *et al.*,

    Defendants.

Case No. C03-5223BHS

ORDER DENYING PLAINTIFF'S MOTION FOR STAY AND GRANTING ADDITIONAL TIME TO FILE A RESPONSE AND REPLY

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for a stay of this case because plaintiff has just been transferred from the Stafford Creek Correction Center to the Washington State Penitentiary (Dkt # 132). Plaintiff is reminded he must submit a change of address to the court. The Clerk's office still lists plaintiff as being at the Stafford Creek Corrections Center.

Defendants note this case has been pending for a number of years and oppose any indefinite stay (Dkt # 132). Defendant's counsel states they do not oppose a short continuance to allow plaintiff to file a response to the pending summary judgment motion (Dkt. # 132).

The court will not grant an indefinite stay given the length of time this case has been pending. Plaintiff's motion for a stay is **DENIED.**

The court will grant a short continuance, until **December 28, 2007**, for plaintiff to file a

ORDER - 1

1  response to the pending motion for summary judgment. Any reply defendants wish to file must be
2  filed on or before **January 11, 2008**. The defendants motion for summary judgment, (Dkt # 130),
3  will be re-noted for **January 11, 2008.**
4      The Clerk is directed to send copies of this Order to plaintiff and counsel for defendants. The
5  clerk is also asked to remove plaintiff's motions, (Dkt. # 132), from the court's calendar and re-note
6  the motion for summary judgment, (Dkt # 130) for **January 11, 2008.**

8      DATED this 4 day of December, 2007

10                        /S/ *J. Kelley Arnold*
                           J. Kelley Arnold
11                             United States Magistrate Judge

28  ORDER - 2