UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS ALLEN GORDON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. VAN OGLE *et al.*,<br><br>    Defendants. | Case No. C03-5223BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for reconsideration of the November 2, 2007, order deny further discovery.

    Motions for reconsideration are addressed in Local Rule 7 (h). A motion for reconsideration must be filed within ten judicial working days of the order to which it relates. The order in this case was entered November 2, 2007. Allowing three days for the order to reach plaintiff by mail, and counting holidays, plaintiff had until November 23, 2007, to file his motion. The motion was not filed until December 7, 2007. The motion is untimely.

    The court has considered the motion on the merits as well. Examination of the November 2,

ORDER - 1

1  2007, order shows the order to be proper.  Discovery in this action is closed and the motion for
2  reconsideration is **DENIED.**
3      The Clerk is directed to send copies of this Order to plaintiff and counsel for defendants.  The
4  clerk is also asked to remove plaintiff's motions, (Dkt. # 136).

6      DATED this 11 day of December, 2007

8                              /S/ *J. Kelley Arnold*
                               J. Kelley Arnold
9                              United States Magistrate Judge

28 ORDER - 2