UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

    Plaintiff,

  v.

D. VAN OGLE *et al.*,

    Defendants.

Case No. C03-5223BHS/JKA

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for an extension of time to file a response to a pending motion for summary judgment (Dkt # 138). Defendants oppose any extension of time (Dkt # 139).

    Defendants served the motion for summary judgment on October 19, 2007 (Dkt # 130). Plaintiff has sought to extend the time for discovery (Dkt # 124 and 126), sought to have the case stayed (Dkt. # 132), and filed an untimely motion for reconsideration regarding discovery (Dkt # 136). Now, plaintiff seeks to again delay the court from considering the motion for summary

ORDER - 1

1 judgment (Dkt # 139). Plaintiff has had nearly three months to respond to defendants motion and has
2 not done so in a timely manner.  The motion for an extension of time is **DENIED.   Plaintiff had**
3 **until January 4, 2008, to file a response to the pending motion and did not do so.**
4        The Clerk is directed to send copies of this Order to plaintiff and counsel for defendants.  The
5 clerk is also asked to remove plaintiff's motion, (Dkt. # 138), from the calendar.

7        DATED this 16 day of January, 2008.

9                                        */S/ J. Kelley Arnold*
                                       J. Kelley Arnold
10                                        United States Magistrate Judge

28 ORDER - 2