FILED ___ LODGED
___ RECEIVED

FEB 2 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS GORDON,<br><br>  Plaintiff,<br><br>  v.<br><br>D. VAN OGLE, *et al.*,<br><br>  Defendants. | Case No. C03-5223RBL/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold and the remaining record, and no objections to the Report and Recommendation having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE.**

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 22 day of February, 2008.

Benjamin H. Settle
United States District Judge

**03-CV-05223-ORD**